IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17- CR-20865-RUIZ

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

DIYA SALAME and HOUSSAM ALI HACHEM,

      Defendant.

_____/

## MOTION TO JOIN UNOPPOSED MOTION TO CONTINUE

**COMES NOW,** the Defendants DIYA SALAME and HOUSSAM ALI HACHEM, by and through their undersigned counsel, and hereby respectfully join in the Unopposed Motion to Continue filed by Daryl E. Wilcox, Esq., on September 10, 2021. [DE# 73]. In support of this motion, the above Defendants state as follows:

1.    On October 31, 2019, a criminal complaint was filed as to Mr. Salame and Mr. Hachem. On November 21, 2021, a Second Superseding Indictment was filed in case No. 17-20865-CR, which included Mr. Salame and Mr. Hachem as co-defendants and charged them with conspiracy to commit money laundering (counts 1 and 8), money laundering (counts 2-7) and operating an unlicensed money transmitter business (counts 9 and 10 respectively). (DE #29).

2.    Since as early as May 2021, the government and undersigned counsel have engaged in good faith plea negotiations. However, to date, a resolution has not been reached and as such undersigned counsel requests more time to attempt to prepare for trial and to attempt to resolve these cases via plea. Additionally, a substantial amount of discovery was provided to undersigned counsel and we are in the process of reviewing it, but additional time is needed in order to prepare for trial.

JEFFREY S. WEINER, P.A.
ATTORNEYS AT LAW
TWO DATRAN CENTER•SUITE 1910•9130 SOUTH DADELAND BLVD.•MIAMI, FL 33156-7858•TELEPHONE 305-670-9919 FAX 305-670-9299

*United States v. Diya Salame and Houssam Ali Hachem*
Case No. 17-cr-20865-RUIZ
Motion to Join Unopposed Motion to Continue
Page 2 of 3

3.     Moreover, the government has represented that it will be superseding the indictment in the next few weeks to include an additional defendant in the case.

4.     Undersigned counsel's request to continue the trial date is also being made because attorney Annabelle Nahra Nadler, will be giving birth at the end of October 2021, and will be on maternity leave until March 2022.  Mrs. Nadler is one of the primary attorney on the case, and as such, her presence at the trial is necessary.

5.     The undersigned has contacted Assistant United States Attorney Michael Thakur, who advised that the United States is not opposed to continuing the trial until **April 2022**.

**WHEREFORE**, for the reasons set forth above and in the interests of justice, undersigned counsel asks this court to grant this motion and continue the trial in the case at Bar, to a date in April 2022.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record this September 15, 2021.

Respectfully submitted,

JEFFREY S. WEINER, P.A.
  ATTORNEYS AT LAW
Two Datran Center, Suite 1910
9130 South Dadeland Blvd.
Miami, Florida 33156-7858
305 670-9919
305 670-9299 Fax
lawfirm@jeffweiner.com

JEFFREY S. WEINER, P.A.
ATTORNEYS AT LAW
TWO DATRAN CENTER•SUITE 1910•9130 SOUTH DADELAND BLVD.•MIAMI, FL 33156-7858•TELEPHONE 305.670.9919 FAX 305.670.9299

*United States v. Diya Salame and Houssam Ali Hachem*
Case No. 17-cr-20865-RUIZ
Motion to Join Unopposed Motion to Continue
Page 3 of 3

By:     */s/Jeffrey S. Weiner*
        JEFFREY S. WEINER, ESQUIRE
        Florida Bar No. 185214

By:     */s/Annabelle Nahra Nadler*
        ANNABELLE NAHRA NADLER, ESQUIRE
        Florida Bar No. 96072

By:     */s/ Diego Weiner*
        DIEGO WEINER, ESQUIRE
        Florida Bar No. 122454

By:     */s/ Yisel Villar*
        YISEL VILLAR, ESQUIRE
        Florida Bar No. 10156

JEFFREY S. WEINER, P.A.
ATTORNEYS AT LAW
TWO DATRAN CENTER•SUITE 1910•9130 SOUTH DADELAND BLVD.•MIAMI, FL 33156-7858•TELEPHONE 305•670•9919 FAX 305•670•9299