IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20865-CR-RUIZ

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| Plaintiff, | § |
| v. | § |
| HOUSSAM HACHEM, | § |
| Defendant. | § |

### JOINT MOTION TO CONTINUE SENTENCING HEARING

**COMES NOW,** the United States by and through Assistant United States Attorney Michael Thakur and the Defendant, HOUSSAM HACHEM, by and through his undersigned counsel, and hereby jointly request that the court continue the Defendant's sentencing hearing which is scheduled for June 1, 2022. In support of this motion, the government and the Defendant state as follows:

1. On March 23, 2022, Mr. Hachem pled guilty, pursuant to a plea agreement, to count 10 of the third superseding indictment.[1] Count 10 charged Mr. Hachem with aiding and abetting the operation of an unlicensed money transmitter business in violation of 18 U.S.C. § 1960.

2. Mr. Hachem's sentencing hearing is currently scheduled for June 1, 2022.

3. Mr. Hachem's co-defendant, Nader Mohamad Farhat, is scheduled for

---

[1] *See* Plea Agreement, ECF No. 123.

calendar call on August 23, 2022, and for jury trial on August 29, 2022.[2]

4. This motion is made in good faith, and it is submitted in the interest of justice. This request is not merely for the purpose of delay.

**WHEREFORE** the government and the defense respectfully request that the sentencing hearing in the instant case be continued to a date after Mr. Farhat's trial, as requested herein.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record this 6th day of May 2022.

        Respectfully submitted,

        JEFFREY S. WEINER, P.A.
        ATTORNEYS AT LAW
        Two Datran Center, Suite 1910
        9130 South Dadeland Blvd.
        Miami, Florida 33156-7858
        305 670-9919
        305 670-9299 Fax
        lawfirm@jeffweiner.com

By:    /s/Jeffrey S. Weiner
        JEFFREY S. WEINER, ESQUIRE
        Florida Bar No. 185214

By:    /s/Annabelle Nahra Nadler
        ANNABELLE NAHRA NADLER, ESQUIRE
        Florida Bar No. 96072

---

[2] *See* Order Resetting Trial and Pretrial Instructions, ECF No. 121.

By: */s/ Diego Weiner*
DIEGO WEINER, ESQUIRE
Florida Bar No. 122454

By: */s/ Yisel Villar*
YISEL VILLAR, ESQUIRE
Florida Bar No. 1015657